

# NUMBER 13-18-00073-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOHN BERNARD FEIT,                                         **Appellant,**

## v.

THE STATE OF TEXAS,                                      **Appellee.**

## On appeal from the 92nd District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Perkes
### Memorandum Opinion Per Curium

Appellant John Bernard Feit perfected his appeal from his conviction for first-degree murder in cause number CR-0464-16-A in the 92nd District Court of Hidalgo County, Texas. During the pendency of this appeal, Feit's counsel notified the Court that Feit died on February 12, 2020. "If the appellant in a criminal case dies after an appeal is

perfected but before the appellate court issues the mandate, the appeal will be permanently abated." TEX. R. APP. P. 7.1(a)(2); *see also Barrera v. State*, No. 13-03-00707-CR, 2010 WL 880626, at *1 (Tex. App.—Corpus Christi–Edinburg Mar. 11, 2010, no pet.) (mem. op., not designated for publication). Accordingly, we hereby order this appeal permanently ABATED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of February, 2020.